**From:** Bukacek, Ann <annie.bukacek@mt.gov>
**Sent:** Wednesday, August 27, 2025 1:18 PM
**To:** Lake, Alana <Alana.Lake@mt.gov>; PSC_Comm'nrs <PSC_Comm'nrs@mt.gov>
**Cc:** PSC_ACT <PSC_ACT@mt.gov>; pscmedia <pscmedia@mt.gov>
**Subject:** RE: PSC in the News - August 27, 2025

I feel compelled to comment on the superb quality of the PSC response team… for holding the line in keeping strict confidentiality in a process that must be strictly confidential to be valid and effective and to enhance work environment and personal safety.

The reason I call the response team's confidentiality top tier: I am VP Fielder's peer, yet I did not read VP Fielder's letter to Government Gianforte until attorney Matt Monforton posted a link to it on his Facebook page.

Public opinion is being skewed/mislead to believe that it is in the public interest that *everything* in government be made transparent. Most people won't take the time to read VP Fielder's letter that Mr. Monforton made public, so they will remain swayed by dishonest rhetoric.

Without confidentiality, there would be no encouragement for complainants to come forth; there would be no in-government whistle blowers because complainants would have no protection from retaliation. Strictly kept confidentiality in the case of complainants is in the public's best interest.

**Thank you, response team, for your top tier professionalism.**



**Dr. Annie Bukacek**

*Commissioner, District 5*

**Montana Public Service Commission**

406.444.7627 | Main line 406.444.6199

 annie.bukacek@mt.gov  http://psc.mt.gov/

