# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### HELENA DIVISION

BRAD MOLNAR,

Plaintiff,

vs.

JEFF WELBORN, in his official capacity
as a member of the Montana Public
Service Commission; JENNIFER
FIELDER, in her official capacity as a
member of the Montana Public Service
Commission; ANNIE BUKACEK, in her
official capacity as a member of the
Montana Public Service Commission;

Defendants.

Case No. 26-41-H-DWM

**SECOND DECLARATION OF
BRAD MOLNAR**

STATE OF MONTANA        )
                                          :ss.
County of Yellowstone        )

I, Brad Molnar, hereby declare under penalty of perjury as follows:

1.    I am over the age of 18 years old. I have personal knowledge of the
facts contained in this Declaration.

2.    I spoke to David Sanders on or about May 1, 2026. He informed me
about an email that Commissioner Jennifer Fielder sent to Commissioner Jeff
Welborn in which she stated, in substance, that during an anticipated future

disciplinary or exclusion proceeding against me, I would be no more able to defend his conduct than a named PSC employee had been able to defend allegations concerning that employee's alcoholism. The email identified the PSC employee by name.

3. Mr. Sanders also told me that the PSC attempted to delete the email.

4. I instructed my attorney to file a public records request to obtain the email.

5. A true and correct copy of that request is attached as **Exhibit 1**.

6. The PSC responded by producing several emails that were unresponsive to my request.

7. A true and correct copy of the PSC's response is attached as **Exhibit 2**.

8. It also presented a privilege log describing an email dated March 20, 2026, that was sent from Defendant Fielder to Defendant Welborn at 10:40 a.m. The privilege log stated the following as the reason for withholding the unredacted email, "In this instance, there is a reasonable expectation of individual privacy regarding the redacted personnel information that clearly exceeds the interest of public disclosure. Mont. Const. Art. 2, Sec. 9."

9. A true and correct copy of the privilege log is at **Exhibit 2** at 3.

10. At 5:30 p.m. on May 4, 2026, Tina Limesand, the PSC's Human Relations Director, sent me the following text messages: "Received my investigation report. They should be ashamed. Same with my termination it is so retaliatory."

11. Ms. Limesand later told me that she had been advised of allegations of sexual harassment committed by me in the workplace. She told me that she determined that the allegations did not rise to the level of sexual harassment. She also told me that her refusal to characterize the allegations against me as harassment was one of the reasons the PSC gave her as grounds for her termination.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on the 24th day of May, 2026.

Brad Molnar