## Re: Demand for Recovery and Production of Deleted Public Records

From:  Webster, Amanda (amanda.webster@mt.gov)

To:    matthewmonforton@yahoo.com

Cc:    jamey.petersen@mt.gov; jwelborn@mt.gov

Date:  Tuesday, May 5, 2026 at 05:39 PM MDT

Mr. Monforton,

In response to your letter to President Welborn yesterday, please see the attached message recall report from 3/20/26, as well as a redacted copy of the associated email that was recalled on 3/20/26 and a privilege log to explain the redaction. For full transparency, I have also attached the email President Welborn sent to the PSC on 3/20 after the email recall and the email chains associated with Commissioner Molnar's 3/18 question and Jamey Petersen's 3/19 response.

Personnel and IT staff will need to search to find all responsive emails between President Welborn and Commissioner Fielder on March 20, 2026, that reference or concern Commissioner Molnar in any respect. Because your request will require email searches and document review, I estimate it may take us until May 19, 2026, to completely fulfill your request. We will keep you updated on our estimated completion date.

Please be aware that the Department redacts information that it is legally required to protect. However, you will not be charged for the time the Department spends reviewing records for confidential information. Please also note that you may be responsible for all actual costs directly incident to fulfilling your request in the most cost-efficient and timely manner possible, which may include staff time and materials required to gather the information. I estimate that the cost, if charged, would be between $5-55.

In the future, we ask that you please use the Commission's posted process for public information requests, outlined on the PSC's website at: https://psc.mt.gov/PublicInfo. This process ensures that all public information requests are received, documented, and acknowledged by our consumer assistance team and then sent to legal staff for processing.

Finally, for your information, we believe this situation has been misrepresented. Vice President Fielder's 3/20 email explained why a particular policy was in place regarding privacy in the office. That explanatory email was inadvertently sent along with the President's response supporting the IPM policy. The email was not deleted at the direction of a Commissioner or staff person; instead, it was recalled as shown in the attached record. No commissioner or staff person sent a PSC

employee to the home of any staff member to dissuade them from disclosing the contents of any email.

I hope this provides some clarification.

Best,



**Amanda S. Webster**
*Chief Legal Counsel*
**Montana Public Service Commission**
📞 406.444.6188 | Main line 406.444.6199
✉ amanda.webster@mt.gov 🌐 http://psc.mt.gov/

 2026 03 20_Redacted Email re Media Interactions.pdf
1.2 MB

 2026 03 20_Redacted Email_Privilege Log.pdf
71.3 KB

 2026 03 20 Internal Policy Questions Email.eml
11.7 KB

 2026 03 19 Media Interactions and Access in PSC Workspaces.eml
191.2 KB

## Privilege Log

| File Name | Description of Redacted Record | Description of Redaction | Reason for Redaction/Privilege Asserted |
|---|---|---|---|
| 2026 03 20_Redacted Email re Media Interactions | March 20, 2026, 10:40 a.m. Email from Commission Vice President Jennifer Fielder to President Jeffrey Welborn and Jamey Petersen | Page 3: confidential information related to personnel actions | In this instance, there is a reasonable expectation of individual privacy regarding the redacted personnel information that clearly exceeds the interest of public disclosure. Mont. Const. Art. 2, Sec. 9. |

## Outlook

## Message Recall Report for message: "Re: Media Interactions and Access in PSC Workspaces"

**From** Office365Reports@microsoft.com <Office365Reports@microsoft.com>
**Date** Fri 3/20/2026 1:42 PM
**To** Welborn, Jeffrey <jwelborn@mt.gov>

Your message recall request

You tried to recall the message described below. Click this link to view the recall results in your browser:

## View Message Recall Report

Recalled Message

**Subject:** Re: Media Interactions and Access in PSC Workspaces

**To:** NTempleton@mt.gov; Jamey.Petersen@mt.gov; wrosquist@mt.gov

**Cc:** PSC_PSC@mt.gov

**Bcc:** jfielder@mt.gov

More information

- If prompted, login with your email address and password.
- The recall status might show "Pending" for up to several minutes. The more recipients there are, the longer it can take. We'll continue trying to recall for up to 24 hours.
- Access to this report will expire after 7 days.

 Outlook

---

**Re: Media Interactions and Access in PSC Workspaces**

---

From Welborn, Jeffrey <jwelborn@mt.gov>

Date Fri 3/20/2026 12:53 PM

To     Templeton, Neil <NTempleton@mt.gov>; Petersen, Jamey <Jamey.Petersen@mt.gov>; Rosquist, Will <wrosquist@mt.gov>

Cc    PSC_PSC <PSC_PSC@mt.gov>

Neil . respectfully and in short this is a non-debatable topic.
As a courtesy I'll answer in part.
First of it's a commission adopted policy.
 The requirements set forth by the policies were created with purpose and reasoning by a prior commission and adopted by the Current Commission under the legal authority as adopted by a majority of Commissioners.
In the mean time , all visitors , media, regulated representatives, past employees, political candidates, etc, entering PSC building who's destination is anywhere other than public meeting space, need to be signed in and state a clear purpose for their visit, and any private meetings with staff to be cleared through ED or appropriate ACT team supervisor.
I will be back in office next week, and avail myself to sit down with you or anyone for that matter, and answer any additional questions you may have, but this policy is in place, among other important reasons, to avert unnecessary distractions, for arguably, an already overwhelmed team.

Regards


Commissioner Jeff Welborn
Montana's 3rd District & Commission President
Public Service Commission

---

**From:** Fielder, Jennifer <jfielder@mt.gov>
**Sent:** Friday, March 20, 2026 10:40 AM
**To:** Petersen, Jamey <Jamey.Petersen@mt.gov>; Welborn, Jeffrey <jwelborn@mt.gov>
**Subject:** Fw: Media Interactions and Access in PSC Workspaces

I would inform Neil that first of all, it's because it's a commission adopted policy. The requirements set forth by the policies were created with careful purpose and reasoning, and adopted by the Commission under the legal authority to do so as the head of the agency.

To help him understand the point he raised, a few things come to mind. First, we have a duty to protect private, confidential, and sensitive information. Having reporters, parties, utility execs, or others roam the halls would be disruptive to workflow and could jeopardize litigation strategy, proprietary information subject to non disclosure agreements, spitballing ideas not ready for prime time, having "dumb questions" or personal conversations make headlines, including HR conversations like those relating to a certain employee ███████████████ and having ██████████████████████████████████████████████████████

███████ Perhaps ask if ████████ that would be an appropriate topic to see in the news.

Vice President Jennifer Fielder
MT Public Service Commission

---

**From:** Templeton, Neil <NTempleton@mt.gov>
**Sent:** Friday, March 20, 2026 6:50:19 AM
**To:** PSC_PSC <PSC_PSC@mt.gov>
**Subject:** RE: Media Interactions and Access in PSC Workspaces

I don't get the privacy of ongoing work part. Don't we work for the State of Montana – a public creation? What part of our work is private? Thanks,

Neil

**From:** Petersen, Jamey <Jamey.Petersen@mt.gov>
**Sent:** Thursday, March 19, 2026 5:01 PM
**To:** Molnar, Bradley <bmolnar@mt.gov>; PSC_PSC <PSC_PSC@mt.gov>
**Subject:** Media Interactions and Access in PSC Workspaces
**Importance:** High

Thank you, Commissioner Molnar for bringing up this important topic.

Under the PSC's Security Policy, any space beyond the front-desk reception area is treated as office workspace that is only accessible to authorized staff and to visitors who have checked in, are badged, and are accompanied by PSC personnel, to protect safety, security, and the privacy of ongoing work.

The Administration and Communications Policies provide that the Commission's adopted policies:
- govern operations and external communications,
- designate the President as the Commission's spokesperson, and
- assign media relations and external communications work to the President and the External Affairs Coordinator.

Accordingly, commissioners and staff must follow these policies when interacting with the press and may not authorize or facilitate media access to working staff areas or interior hallways; press interactions should be directed to the President and External Affairs, rather than holding lingering or informal press conversations in these work spaces, because doing so is inconsistent with the security, safety, and communications requirements.

Please let me know if you have any questions, or if you ever have a concern about someone's interactions with the press in our workspaces so we can address it promptly and consistently with our policies.



**From:** **Petersen, Jamey** Jamey.Petersen@mt.gov
**Subject:** Media Interactions and Access in PSC Workspaces
**Date:** March 19, 2026 at 5:00 PM
**To:** Molnar, Bradley bmolnar@mt.gov, PSC_PSC PSC_PSC@mt.gov

Thank you, Commissioner Molnar for bringing up this important topic.

Under the PSC's Security Policy, any space beyond the front-desk reception area is treated as office workspace that is only accessible to authorized staff and to visitors who have checked in, are badged, and are accompanied by PSC personnel, to protect safety, security, and the privacy of ongoing work.

The Administration and Communications Policies provide that the Commission's adopted policies:
- govern operations and external communications,
- designate the President as the Commission's spokesperson, and
- assign media relations and external communications work to the President and the External Affairs Coordinator.

Accordingly, commissioners and staff must follow these policies when interacting with the press and may not authorize or facilitate media access to working staff areas or interior hallways; press interactions should be directed to the President and External Affairs, rather than holding lingering or informal press conversations in these work spaces, because doing so is inconsistent with the security, safety, and communications requirements.

Please let me know if you have any questions, or if you ever have a concern about someone's interactions with the press in our workspaces so we can address it promptly and consistently with our policies.

Thanks,

Jamey



Jamey Petersen
*Interim Executive Director / External Affairs Coordinator*
**Montana Public Service Commission**
📞(406) 202-9132  | Main Office (406) 444-6199
✉**Jamey.Petersen@mt.gov**  🌐 **http://psc.mt.gov/**

---

**From:** Molnar, Bradley <bmolnar@mt.gov>
**Sent:** Wednesday, March 18, 2026 1:03 PM
**To:** PSC_PSC <PSC_PSC@mt.gov>
**Subject:** Rule

Is anyone aware of a written rule that prohibits media or anyone else from visiting in the "commissioners" hallway or the "commissioners/legal dept hallway"?  Brad



**Brad Molnar**
*Commissioner*
**Montana Public Service Commission**
📞 Main line 406.444.6199
✉ brad.molnar@mt.gov 🌐 http://psc.mt.gov/

**From:** **Welborn, Jeffrey** jwelborn@mt.gov
**Subject:** Internal Policy Questions
**Date:** March 20, 2026 at 2:19 PM
**To:** PSC_PSC PSC_PSC@mt.gov



Commissioners and Staff
There have been recent questions regarding visitors occupying staff and commissioner's hallways, raised by a Commissioner, with explanation given by ED as to why it's prohibited under IPM, and that explanation was subsequently questioned by a staff member.

In short, this is a non-debatable topic.
First off it's a commission adopted policy.
 The requirements set forth by the policies were created with  purpose and reasoning by a prior commission, and currently adopted by this Commission, under the legal authority as adopted by a majority of Commissioners.
Until this commission votes to change this part of IPM, the policy stands.
In the mean time all visitors , media, regulated representatives, past employees, political candidates, etc, entering PSC building who's destination is anywhere other than public meeting space, need to be signed in and state a clear purpose for their visit, and any private discussions by visitors with staff  should to be cleared through ED or appropriate ACT team supervisor.
I will be back in office next week, and avail myself to sit down with anyone individually, and answer any additional questions you may have,  but  this policy is in place, among other important reasons, to avert unnecessary distractions, for arguably, an already overwhelmed team.


Commission President Jeff Welborn

Montana's 3rd District
Public Service Commission