IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BRAD MOLNAR, | CV 26–41–H–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| JEFF WELBORN, in his official capacity as a member of the Montana Public Service Commission; JENNIFER FIELDER, in her official capacity as a member of the Montana Public Service Commission; and ANNIE BUKACEK, in her official capacity as a member of the Montana Public Service Commission, | |
| Defendants. | |

Plaintiff Brad Molnar having filed a motion for preliminary injunction, (Doc. 11), and a motion to expedite discovery, (Doc. 14),

IT IS ORDERED that a motions hearing is set for June 18, 2026, at 9:00 a.m. at the Russell Smith Federal Courthouse in Missoula, Montana. No later than June 1, 2026, Molnar shall serve his motions and their related filings and this

Order on the defendants, who have not yet appeared in the case. Defendants'

response(s) to the motions are due on or before June 15, 2026.

DATED this _____ day of May, 2026.

_____
Donald W. Molloy, District Judge
United States District Court