Matthew G. Monforton, Montana Bar # 5245
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Email: matthewmonforton@yahoo.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| BRAD MOLNAR, | Case No. CV 26-41-H-DWM |
| Plaintiff, | |
| vs. | **NOTICE REGARDING WITNESSES** |
| JEFF WELBORN, in his official capacity as a member of the Montana Public Service Commission; JENNIFER FIELDER; in her official capacity as a member of the Montana Public Service Commission; ANNIE BUKACEK, in her official capacity as a member of the Montana Public Service Commission; | |
| Defendants. | |

Pursuant to the Court's Order issued on June 4, 2026 (Doc. 22), Plaintiff Brad Molnar gives notice that he does not intend to call witnesses or present live testimony at the preliminary injunction hearing scheduled for June 18, 2026. He instead anticipates relying on the declarations and documentary evidence filed with the Court.

DATED: June 9, 2026

Respectfully submitted,

/s/ Matthew G. Monforton
Matthew G. Monforton
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 9th day of June, 2026, that a copy of the foregoing will be delivered this day via the Court's ECF system to Defendants.


DATED: June 9, 2026

Respectfully submitted,
MONFORTON LAW OFFICES, PLLC

/s/ Matthew G. Monforton
Matthew G. Monforton
Attorney for Plaintiff