Natasha Prinzing Jones
Thomas J. Leonard
BOONE KARLBERG P.C.
P.O. Box 9199
Missoula, MT 59807-9199
Telephone:  (406) 543-6646
npjones@boonekarlberg.com
tleonard@boonekarlberg.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**HELENA DIVISION**

| | |
|---|---|
| BRAD MOLNAR,<br><br>        Plaintiff,<br><br>   vs.<br><br>JEFF WELBORN, in his official capacity as a member of the Montana Public Service Commission; JENNIFER FIELDER; in her official capacity as a member of the Montana Public Service Commission; ANNIE BUKACEK, in her official capacity as a member of the Montana Public Service Commission;<br><br>        Defendants. | Cause No. CV-26-41-H-DWM<br><br><br>**DEFENDANTS' NOTICE REGARDING LIVE WITNESS TESTIMONY AT JUNE 18, 2026 HEARING** |

Defendants respectfully notify the Court that they will not be calling live witnesses but will be submitting declarations for the Court's consideration in advance of the June 18, 2026 hearing, pursuant to the Court's June 4, 2026 Order. (Doc. 22.)

DATED this 9th day of June, 2026.        BOONE KARLBERG P.C.


*/s/ Natasha P. Jones*
Natasha P. Jones
*Attorneys for Defendants*