## Re: [EXTERNAL] Re: PSC Response Team Letter to the Governor

From:   Webster, Amanda (amanda.webster@mt.gov)

To:     matthewmonforton@yahoo.com

Cc:     amy@cplawmt.com; Jamey.Petersen@mt.gov

Date:   Tuesday, May 26, 2026 at 04:47 PM MDT

---

Mr. Monforton:

I just sent you scans of the two redacted CMS reports via the Montana File Transfer Service. These documents should be exact copies of what was sent in the mail and provided to the governor's office (minus being printed on yellow paper). You will have to enter the following Document Open Passwords to access the PDFs:

- Investigation Report: 94QPZnlo
- Retaliation Investigation Report: RPiv6F91

Please let me know if you have any issue accessing the documents.

Best,



**Amanda S. Webster**
*Chief Legal Counsel*
**Montana Public Service Commission**
📞 406.444.6188 | Main line 406.444.6199
✉ amanda.webster@mt.gov  🌐 http://psc.mt.gov/

---

**From:** Webster, Amanda <Amanda.Webster@mt.gov>
**Sent:** Tuesday, May 26, 2026 4:02 PM
**To:** Matthew Monforton <matthewmonforton@yahoo.com>
**Cc:** Amy Christensen <amy@cplawmt.com>; Petersen, Jamey

<Jamey.Petersen@mt.gov>
**Subject:** Re: [EXTERNAL] Re: PSC Response Team Letter to the Governor

Mr. Monforton:

Our office mailed the redacted CMS reports to you via USPS, Tracking No. 70210950000165355760. The last update we received is that the mail was at the Billings Distribution Center on Friday evening. The redacted CMS reports sent via mail are the same redacted reports that we provided to Commissioner Molnar and all other Commissioners on the evening of May 1.

As a courtesy, I will send you electronic copies of the redacted CMS reports. Due to limitations on email attachments, I expect we will need to send the reports via file transfer service. I will get the redacted reports sent shortly and will reply to this email chain once that is done.

We do not oppose an extension of the deadline to respond to the May 21 letter to two weeks from today.

The May 21 Letter intended to request that the Governor's office maintain the redacted reports under seal for this proceeding. The Response Team has taken appropriate precautions regarding release of the CMS reports to protect the identities of complainants and witnesses in the report. We have determined that those individuals have a reasonable expectation of privacy, under Mont. Const. Art. II, Sec. 10, regarding their identities that is not clearly outweighed by the public's right to know, Mont. Const. Art. II, Sec 10.

Best,



**Amanda S. Webster**
*Chief Legal Counsel*
**Montana Public Service Commission**
📞 406.444.6188 | Main line 406.444.6199
✉ amanda.webster@mt.gov  🌐 http://psc.mt.gov/

---

**From:** Matthew Monforton <matthewmonforton@yahoo.com>
**Sent:** Tuesday, May 26, 2026 1:04 PM
**To:** Webster, Amanda <Amanda.Webster@mt.gov>
**Cc:** Amy Christensen <amy@cplawmt.com>; Petersen, Jamey <Jamey.Petersen@mt.gov>
**Subject:** Re: [EXTERNAL] Re: PSC Response Team Letter to the Governor

Ms. Webster:

The redacted CMS reports you claim were sent via certified mail on Thursday morning were not in today's delivery. They are not in our possession.

The June 5 deadline the Governor's office has imposed on Commissioner Molnar leaves no room for postal delays. Your decision to withhold unredacted copies of reports that are being used to suspend your client's political opponent is legally indefensible. Your failure to transmit even the *redacted* copies electronically — despite knowing the deadline — is inexcusable.

If we do not receive at least the redacted copies electronically or in hard copy by **4:00 p.m. today**, we will seek an extension from the Governor's office and will make clear to them why that extension is necessary.

Separately, Commissioner Welborn's May 21 letter to the Governor states that the CMS reports are "under seal." Please answer the following three questions: (1) Who placed these reports under seal? (2) By what legal authority? (3) What legal authority permits sealing these particular redacted documents in the first place?

We look forward to prompt responses to both matters

Thank you,

**Matthew G. Monforton, Esq.**
**CA State Bar #175518, MT State Bar #5245**
**Monforton Law Offices, PLLC**
**32 Kelly Court**
**Bozeman, Montana 59718**
**Telephone: (406) 570-2949**
**Facsimile:   (406) 551-6919**

*This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.*

On Friday, May 22, 2026 at 04:08:48 PM MDT, Webster, Amanda <amanda.webster@mt.gov> wrote:

Mr. Monforton:

Hard copies of the two redacted CMS reports were sent to your office via certified mail yesterday morning. You will receive the exact same documents in the mail that were provided to the Governor's office.

I understand that you want unredacted copies of the reports. We can look into that and get you a response by Wednesday (5/27) next week. I'm sure we can accommodate a timeline to give your client a full and appropriately informed opportunity to respond.

If the Governor's office has any requested procedure for providing confidential documents under seal or pursuant to a protective order, that would also be helpful to know.

Have a good Memorial Day weekend,



**Amanda S. Webster**
*Chief Legal Counsel*
**Montana Public Service Commission**
📞 406.444.6188 | Main line 406.444.6199
✉ amanda.webster@mt.gov 🌐 http://psc.mt.gov/

---

**From:** Matthew Monforton <matthewmonforton@yahoo.com>
**Sent:** Friday, May 22, 2026 8:01 AM
**To:** Webster, Amanda <Amanda.Webster@mt.gov>
**Cc:** Milanovich, Anita <Anita.Milanovich@mt.gov>; Amy Christensen <amy@cplawmt.com>
**Subject:** [EXTERNAL] Re: PSC Response Team Letter to the Governor

Ms. Webster:
The PSC's May 21 complaint to the Governor requests his suspension of Commissioner Molnar and relies in part on two confidential CMS investigative reports — 64 pages and 48 pages respectively — that have been provided to the Governor but not to Commissioner Molnar or his counsel.

Commissioner Molnar is the subject of this complaint. He cannot respond meaningfully to the Governor — and the Governor cannot fairly evaluate the complaint — without Commissioner Molnar having access to the evidence being used against him. Basic due process requires no less. The Montana Supreme Court has long held that suspension or removal of a public official requires that the officer be given notice of the specific charges and an opportunity to respond to them. *State ex rel. Holt v. District Court*, 103 Mont. 438, 63 P.2d 1026, 1028 (1936). That right is hollow if the official is denied access to the investigative record on which the charges rest.

Please provide us with complete, unredacted copies of both CMS reports by close of business today. If you decline to do so, please state your legal basis for withholding them.

Thank you,

**Matthew G. Monforton, Esq.**

**CA State Bar #175518, MT State Bar #5245**

**Monforton Law Offices, PLLC**

**32 Kelly Court**

**Bozeman, Montana 59718**

**Telephone: (406) 570-2949**

**Facsimile:   (406) 551-6919**

*This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.*

On Thursday, May 21, 2026 at 10:29:29 AM MDT, Webster, Amanda <amanda.webster@mt.gov> wrote:

Good morning,

Please see the attached letter just delivered to the Governor's office.

Please reach out if there's anything more I can provide.

Best,



**Amanda S. Webster**
*Chief Legal Counsel*
**Montana Public Service Commission**
📞 406.444.6188 | Main line 406.444.6199
✉ amanda.webster@mt.gov 🌐 http://psc.mt.gov/

## RE: Information request by Commissioner Molnar

From:   Molnar, Bradley (bmolnar@mt.gov)

To:     Jamey.Petersen@mt.gov

Date:   Sunday, May 10, 2026 at 01:41 PM MDT

Hey Jamie,

I am currently in Time Out so can not access my Work Session binder. This is not a Response Team matter. It is a matter between me and Amanda as she agreed, in public, that if I gave back the unredacted report she would email same to me. She did. But it is locked and she now refuses to honor her word. Please help her keep it and remind her of my request of last week.

Appreciatively,

Brad



**Brad Molnar**
*Commissioner*
**Montana Public Service Commission**
📞 Main line 406.444.6199
✉ brad.molnar@mt.gov  🌐 http://psc.mt.gov/

**From:** Petersen, Jamey <Jamey.Petersen@mt.gov>
**Sent:** Thursday, May 7, 2026 12:58 PM
**To:** Webster, Amanda <Amanda.Webster@mt.gov>; Molnar, Bradley <bmolnar@mt.gov>
**Cc:** Welborn, Jeffrey <jwelborn@mt.gov>; Fielder, Jennifer <jfielder@mt.gov>
**Subject:** RE: Information request by Commissioner Molnar

Good afternoon, Commissioner Molnar.

Your inquiry is addressed in pages 21-22 of the Response Team Report (Sections 6.7 and 6.8, Finding 7), which was provided to you on May 1st and was included in your work session binder.

If you have additional questions after reviewing the report, please compile them into a single written list and send them to me, Amanda, President Welborn, and/or Vice President Fielder. We will work to provide you with a comprehensive written response for anything that is not made clear in the report.

To ensure agency operations continue without disruption, please direct all Response Team-related inquiries exclusively to the four individuals listed above.

Amanda is working on assembling the documents you requested.

Thanks,

Jamey

---

**From:** Webster, Amanda <Amanda.Webster@mt.gov>
**Sent:** Thursday, May 7, 2026 12:04 PM
**To:** Molnar, Bradley <bmolnar@mt.gov>
**Cc:** Petersen, Jamey <Jamey.Petersen@mt.gov>
**Subject:** Re: Information request by Commissioner Molnar

Commissioner Molnar,

I will work on responding to your emails as soon as I am able. Please copy Jamey on any correspondence to me, so she can help respond if I am out.

I know my out-of-office email auto response requests email to PSCLegal@mt.gov since I am out, but for non-docket, remote work,  or PSC personnel matter, please just email me and Jamey if you need anything or have a question.



**Amanda S. Webster**
*Chief Legal Counsel*
**Montana Public Service Commission**
📞 406.444.6188 | Main line 406.444.6199
✉️ amanda.webster@mt.gov  🌐 http://psc.mt.gov/

**From:** Molnar, Bradley <bmolnar@mt.gov>
**Sent:** Thursday, May 7, 2026 10:53 AM
**To:** Webster, Amanda <Amanda.Webster@mt.gov>; Snyder-Varns, Pamela <psnydervarns@mt.gov>; Oomens, Terisa <Terisa.Oomens2@mt.gov>; Vachowski, Laura <Laura.Vachowski@mt.gov>; Slayton, Tarin <Tarin.Slayton@mt.gov>
**Cc:** Welborn, Jeffrey <jwelborn@mt.gov>; matthewmonforton@yahoo.com <matthewmonforton@yahoo.com>
**Subject:** Information request by Commissioner Molnar

Greetings all,

I recognize that the email chain on this issue has become a bit difficult to follow. So, with Amanda taking leave in the midst of the request/ discussion I decided to simply ask all with capacity to send the document passed out yesterday at the closed meeting marked "confidential" to send it.

Plainly there was zero opportunity to read and digest the information before the vote. I ask that the key to unlock the file sent to me by Amanda yesterday be supplied to me by 1PM this day, and a hard copy as soon as practical. Of course I will keep any confidences.

As a separate request, I would like to have a synopsis of the rational and amount of the approximately $65,000 fine levied on me yesterday. To be blunt, it seems unpreceded.

Thank you for your consideration,

Brad Molnar Commissioner Dist 2



**Brad Molnar**
*Commissioner*
**Montana Public Service Commission**
📞 Main line 406.444.6199
✉ brad.molnar@mt.gov  🌐 http://psc.mt.gov/