## RE: Filing of CMS reports in Molnar v. Welborn et al, CV-26-41-DWM

From:   Tasha Jones (npjones@boonekarlberg.com)

To:     matthewmonforton@yahoo.com

Cc:     amy@cplawmt.com; amanda.webster@mt.gov; nschreckendgust@boonekarlberg.com;
        tleonard@boonekarlberg.com; kerickson@boonekarlberg.com

Date:   Wednesday, May 27, 2026 at 02:37 PM MDT

Yes, we will file a motion for protective order within a reasonable time.   Please file under seal.

**Natasha Prinzing Jones**
Shareholder



201 West Main St., Suite 300
P.O. Box 9199
Missoula, MT 59807
Direct Line: (406) 532-4495
Office Phone: (406) 543-6646
Fax: (406) 549-6804
Cell: (406) 546-2353

**From:** Matthew Monforton <matthewmonforton@yahoo.com>
**Sent:** Wednesday, May 27, 2026 2:18 PM
**To:** Tasha Jones <npjones@boonekarlberg.com>
**Cc:** Amy Christensen <amy@cplawmt.com>; Amanda Webster <amanda.webster@mt.gov>;
Nicole Schreckendgust <nschreckendgust@boonekarlberg.com>; Thomas Leonard
<tleonard@boonekarlberg.com>; Karston Erickson <kerickson@boonekarlberg.com>
**Subject:** Re: Filing of CMS reports in Molnar v. Welborn et al, CV-26-41-DWM

Tasha:

Thank you for your prompt response. While you have made clear that your clients believe the CMS reports should be filed under seal, you have not cited specific legal authority supporting that position. This places Commissioner Molnar and me in a difficult position.

Both L.R. 5.2(a) and Fed. R. Civ. P. 11(b) require us to have a good-faith basis for filing documents under seal. We presently lack that basis for the following reasons.

First, the complaint forms signed by complainants expressly advise them that "complete confidentiality cannot be maintained in the process of handling informal and formal complaints." That disclosure substantially diminishes — if it does not altogether extinguish — any reasonable expectation of privacy the complainants might otherwise assert.

Second, the names of all witnesses and alleged victims have already been redacted from the reports, with the exception of Defendant Bukacek, who we understand has waived any privacy interest in this matter.

Third, the sole legal authority cited to us by Ms. Webster yesterday — Article II, Section 10 of the Montana Constitution — is a provision that constrains the State, not federal civil rights plaintiffs. It provides no basis for sealing documents in a federal civil rights action brought by Commissioner Molnar.

In light of the foregoing, Commissioner Molnar does not presently intend to seek sealing of the already-redacted reports. However, if your clients intend to press the argument that sealing is warranted and will file a motion for a protective order within a reasonable time, Commissioner Molnar will file the reports under seal in accordance with L.R. 5.2(b)(1) pending resolution of that motion.

Please advise us of your clients' position at your earliest convenience.


Thank you,

**Matthew G. Monforton, Esq.**

**CA State Bar #175518, MT State Bar #5245**

**Monforton Law Offices, PLLC**

**32 Kelly Court**

**Bozeman, Montana 59718**

**Telephone: (406) 570-2949**

**Facsimile:   (406) 551-6919**


*This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended*

*recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.*

On Wednesday, May 27, 2026 at 12:29:20 PM MDT, Tasha Jones <npjones@boonekarlberg.com> wrote:

Matthew:

The CMS investigation reports have not been made public even in a redacted form.  The individuals who participated in the investigation have a reasonable expectation of privacy.  The PSC's procedural rules and Montana law require protection of the employees' privacy rights.   And, given the finding of retaliation, the PSC is obligated to protect its employees and officials from future harassment and retaliation.  In light of the above, it is our position the redacted reports must be filed under seal.

**Natasha Prinzing Jones**
Shareholder



201 West Main St., Suite 300
P.O. Box 9199
Missoula, MT 59807
Direct Line: (406) 532-4495
Office Phone: (406) 543-6646
Fax: (406) 549-6804
Cell: (406) 546-2353

**From:** Matthew Monforton <matthewmonforton@yahoo.com>
**Sent:** Wednesday, May 27, 2026 11:59 AM
**To:** Tasha Jones <npjones@boonekarlberg.com>; Thomas Leonard <tleonard@boonekarlberg.com>
**Cc:** Amy Christensen <amy@cplawmt.com>; Amanda Webster <amanda.webster@mt.gov>
**Subject:** Filing of CMS reports in Molnar v. Welborn et al, CV-26-41-DWM

Tasha:

Commissioner Molnar intends to submit the redacted CMS investigation reports previously produced yesterday by the PSC as exhibits in support of his forthcoming motion for preliminary injunction.

Because the only versions provided to Commissioner Molnar and undersigned counsel are the PSC's already-redacted versions, Plaintiff presently anticipates filing those versions publicly unless Defendants contend that additional sealing or redaction is required under D. Mont. L.R. 5.2 and applicable Ninth Circuit authority.

If Defendants contend the already-redacted reports should nevertheless be filed under seal in whole or part, please advise promptly and identify with specificity the portions Defendants contend remain sealable and the legal basis for such relief.

Absent such a showing, Commissioner Molnar does not presently intend to seek sealing of the already-redacted reports.

Thank you,

**Matthew G. Monforton, Esq.**
**CA State Bar #175518, MT State Bar #5245**
**Monforton Law Offices, PLLC**
**32 Kelly Court**
**Bozeman, Montana 59718**
**Telephone: (406) 570-2949**
**Facsimile:   (406) 551-6919**

*This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.*


image001.png
39.8 KB