IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BRAD MOLNAR,<br><br>               Plaintiff,<br><br>vs.<br><br>JEFF WELBORN, in his official capacity as a member of the Montana Public Service Commission; JENNIFER FIELDER, in her official capacity as a member of the Montana Public Service Commission; and ANNIE BUKACEK, in her official capacity as a member of the Montana Public Service Commission,<br><br>               Defendants. | CV 26–41–H–DWM<br><br><br>ORDER |

On May 28, 2026, Plaintiff Brad Molnar filed two redacted exhibits under seal, (Docs. 18-1, 18-2), in support of his pending motion for preliminary injunctive relief, (Doc. 11). Those exhibits—redacted reports prepared by an investigative firm, Communications and Management Services ("CMS")—were collegially filed under seal at the request of Defendant Commissioners Jeff Welborn, Jennifer Fielder, and Annie Bukacek (collectively "Defendants"). (*See* Doc. 18.) Molnar now seeks to unseal the redacted exhibits because Defendants have not met their burden of showing a "compelling reason" to maintain the seal

1

that overcomes "th[e] strong presumption in favor of [public] access to court records." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (internal quotation marks omitted); (Docs. 25, 26).

Accordingly, IT IS ORDERED that Defendants have until 5:00 p.m. on June 15, 2026, to show a compelling reason to maintain the seal of the redacted reports docketed at Docs. 18-1 and 18-2. *See also* D. Mont. L.R. 5.2. The failure to do so will result in the unsealing of those exhibits. Defendants' response must also address Molnar's request to file additional documents, (*see* Doc. 26 at 14–15), in the public docket.

DATED this 15 day of June, 2026.

09: 29 A.M.

Donald W. Molloy, District Judge
United States District Court

2