Natasha Prinzing Jones
Thomas J. Leonard
BOONE KARLBERG P.C.
P.O. Box 9199
Missoula, MT 59807-9199
Telephone:  (406) 543-6646
npjones@boonekarlberg.com
tleonard@boonekarlberg.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| BRAD MOLNAR,<br><br>Plaintiff,<br><br>vs.<br><br>JEFF WELBORN, in his official capacity as a member of the Montana Public Service Commission; JENNIFER FIELDER; in her official capacity as a member of the Montana Public Service Commission; ANNIE BUKACEK, in her official capacity as a member of the Montana Public Service Commission;<br><br>Defendants. | Cause No. CV-26-41-H-DWM<br><br><br><br>**DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |

Defendants Public Service Commissioners Jeff Welborn, Jennifer Fielder and Annie Bukacek (collectively, "Defendants") move this Court for an order, pursuant to Rule 26(c)(1), that they are not required to produce unredacted versions of investigation reports drafted by Communication and Management Services, LLC and that redacted versions of those reports previously filed by Plaintiff (Doc. 18, 18-1, 18-2) will remain under seal.

Defendants certify that they have in good faith conferred with Plaintiff in an effort to resolve the dispute without court action, but have been unable to do so.

DATED this 15th day of June, 2026.    BOONE KARLBERG P.C.

*/s/ Natasha P. Jones*
Natasha P. Jones
*Attorney for Defendants*