Natasha Prinzing Jones
Thomas J. Leonard
BOONE KARLBERG P.C.
P.O. Box 9199
Missoula, MT 59807-9199
Telephone:  (406) 543-6646
npjones@boonekarlberg.com
tleonard@boonekarlberg.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| BRAD MOLNAR,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JEFF WELBORN, in his official capacity as a member of the Montana Public Service Commission; JENNIFER FIELDER; in her official capacity as a member of the Montana Public Service Commission; ANNIE BUKACEK, in her official capacity as a member of the Montana Public Service Commission;<br><br>　　　　Defendants. | Cause No. CV-26-41-H-DWM<br><br>**SECOND DECLARATION OF AMANDA S. WEBSTER** |

AMANDA S. WEBSTER hereby declares, pursuant to 28 U.S.C. § 1746:

1.　　I am Chief Legal Counsel for Montana's Public Service Commission ("PSC").

2.　　I have personal knowledge of the matters addressed herein and am competent to testify regarding the same.

1

3.     The March 20, 2026 email referenced in Plaintiff Brad Molnar's ("Molnar") Motion for Expedited Discovery was produced to his counsel on May 5, 2026, along with a "Message Recall Report" showing that PSC President Jeff Welborn tried to recall the March 20, 2026 email.

4.     A very small portion of the email was redacted to protect a third-party employee's privacy in a confidential employment matter.

5.     The redactions were appropriately disclosed and explained in a privilege log, and in my correspondence to Molnar's counsel.

6.     The redacted information was originally shared in an email from PSC Vice President Jennifer Fielder to PSC President Jeff Welborn and PSC Executive Director Petersen.  These individuals are privy to the confidential employment matter referenced in the email.

7.     President Welborn then inadvertently forwarded Fielder's email to individuals with whom the information was not intended to be shared and who were not involved in the third-party employee's confidential employment matter.

8.     When the inadvertent error was discovered, I assisted President Welborn in recalling the email.

9.     The email was not deleted or scrubbed.

10.    After I produced the redacted email to Molnar's counsel on May 5, 2026, Molnar's counsel did not respond to my correspondence or to the production, and raised no objections or concerns with the same.

11. On June 5, 2026, after receiving a privacy waiver from the affected employee, I emailed an *unredacted* copy of the March 20, 2026 email to Molnar's counsel.

12. Issues surrounding Limesand's employment are part of a confidential PSC human resources matter.

13. As Limesand is no longer employed by the PSC, the PSC is unaware of whether she would be willing to waive her privacy rights concerning her former employment at the PSC. To my knowledge, no applicable privacy rights have been waived by Limesand.

14. This declaration is filed in connection with the Court's order for a motions hearing on June 18, 2026.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correction.

DATED this 15th day of June 2026.

/s/ *Amanda S. Webster*
_____
AMANDA S. WEBSTER
*Chief Legal Counsel*
Montana Public Service Commission

3