**From:** Amy Christensen <Amy@cplawmt.com>
**Sent:** Monday, June 1, 2026 10:40 AM
**To:** Matthew Monforton <matthewmonforton@yahoo.com>; Webster, Amanda <amanda.webster@mt.gov>
**Cc:** Petersen, Jamey <Jamey.Petersen@mt.gov>; Tasha Jones <npjones@boonekarlberg.com>
**Subject:** RE: [EXTERNAL] Re: PSC Response Team Letter to the Governor

Matthew,

The Response Team is declining your request for the unredacted copies of the reports for several reasons.  First, my understanding is that the preliminary injunction hearing is to decide whether the PSC imposed a remote work requirement on Commissioner Molnar in retaliation for exercising his right to Free Speech.  The threshold issue will be on what Commissioner Molnar said that he believes constitutes protected speech.  To the extent information from any complainants or witnesses is necessary, if at all, it is available in the redacted versions of the reports.  It is not necessary to disclose the identities of those participants to address the central issue of Commissioner Molnar's allegations that *his* speech was protected and that he experienced retaliation by the PSC because of it.

Second, it is my understanding that the issue before the federal court is not about due process or about the underlying merits of the investigative reports.  It is also worth clarifying that the PSC has not stripped Commissioner Molnar of his office.  He continues to be able to work and participate as a commissioner remotely.

Lastly, as you and Tasha Jones have discussed, the Defendants in the federal case will be requesting a protective order relating to the confidentiality of the investigative reports.  That motion will create an opportunity for all parties to formally speak to this issue and for the Court to issue a decision to guide the parties.  In the meantime, the Response Team will continue to follow the Internal Policy Manual, ARM 2.21.4022, and Montana Supreme Court precedent in maintaining the confidentiality of the reports.  *See Moe v. Butte Silver Bow County*, 2016 MT 103, 383 Mont. 297, 371 P.3d 415; *Bozeman Daily Chronicle v. City of Bozeman Police Dep't*, 260 Mont. 218, 859 P.2d 435 (1993).

**Amy D. Christensen**
The Montana Club Building
24 W. 6th Ave., Fifth Floor
Helena, MT  59601
o: (406) 442-3690
d: (406) 603-4001
f: (406) 603-4008
amy@cplawmt.com



Email Disclaimer: The information contained in this transmission is confidential, may be subject to the attorney-client and/or work product privileges and is intended only for use of the recipient named above. If the reader is not the intended recipient, or the employee or agent responsible for delivery of this information to the intended recipient, you are notified that this is not a waiver of privilege, and unauthorized review, use, disclosure, copying, or distribution of this information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone at (406) 442-3690, and return this transmittal to the sender, by United States Postal Service, at the address above.

**From:** Matthew Monforton <matthewmonforton@yahoo.com>
**Sent:** Friday, May 29, 2026 5:00 AM
**To:** Webster, Amanda <amanda.webster@mt.gov>
**Cc:** Amy Christensen <Amy@cplawmt.com>; Petersen, Jamey <Jamey.Petersen@mt.gov>
**Subject:** Re: [EXTERNAL] Re: PSC Response Team Letter to the Governor

Ms. Webster:

We have received the redacted copies of the CMS reports. We now require unredacted copies of both reports.

Judge Molloy has set an expedited preliminary injunction hearing for June 18. That deadline governs our preparation, and our preparation requires knowing the identities of Commissioner Molnar's accusers.

First, the credibility and potential bias of the individuals who lodged complaints against Commissioner Molnar are directly relevant to whether Defendants' voteto exclude Commissioner Molnar from his office withstands scrutiny. Accusers who have institutional, political, or personal axes to grind against Commissioner Molnar are not neutral witnesses — they are interested parties whose motives the Court is entitled to weigh. We cannot investigate, cross-examine, or even evaluate those motives if their identities remain hidden behind redactions.

Second, due process does not permit the government to strip a duly elected official of his office based on secret accusations. An opportunity to respond is not meaningful when the official cannot confront the witnesses against him. That principle applies with full force here.

Please provide us with unredacted copies of both CMS reports no later than 5:00 p.m. on Monday, June 1. If you decline, kindly state your legal basis in writing by that same deadline.

Thank you,
**Matthew G. Monforton, Esq.**
**CA State Bar #175518, MT State Bar #5245**
**Monforton Law Offices, PLLC**
**32 Kelly Court**
**Bozeman, Montana 59718**
**Telephone: (406) 570-2949**
**Facsimile:   (406) 551-6919**

*This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.*

On Tuesday, May 26, 2026 at 04:47:50 PM MDT, Webster, Amanda <amanda.webster@mt.gov> wrote:

Mr. Monforton:

I just sent you scans of the two redacted CMS reports via the Montana File Transfer Service. These documents should be exact copies of what was sent in the mail and provided to the governor's office (minus being printed on yellow paper). You will have to enter the following Document Open Passwords to access the PDFs:

- Investigation Report: 94QPZnlo
- Retaliation Investigation Report: RPiv6F91

Please let me know if you have any issue accessing the documents.

Best,



**Amanda S. Webster**
*Chief Legal Counsel*
**Montana Public Service Commission**
📞 406.444.6188 | Main line 406.444.6199
✉️ amanda.webster@mt.gov 🌐 http://psc.mt.gov/

---

**From:** Webster, Amanda <Amanda.Webster@mt.gov>
**Sent:** Tuesday, May 26, 2026 4:02 PM
**To:** Matthew Monforton <matthewmonforton@yahoo.com>
**Cc:** Amy Christensen <amy@cplawmt.com>; Petersen, Jamey <Jamey.Petersen@mt.gov>
**Subject:** Re: [EXTERNAL] Re: PSC Response Team Letter to the Governor

Mr. Monforton:

Our office mailed the redacted CMS reports to you via USPS, Tracking No. 70210950000165355760. The last update we received is that the mail was at the Billings Distribution Center on Friday evening. The redacted CMS reports sent via mail are the same redacted reports that we provided to Commissioner Molnar and all other Commissioners on the evening of May 1.

As a courtesy, I will send you electronic copies of the redacted CMS reports. Due to limitations on email attachments, I expect we will need to send the reports via file transfer service. I will get the redacted reports sent shortly and will reply to this email chain once that is done.

We do not oppose an extension of the deadline to respond to the May 21 letter to two weeks from today.

The May 21 Letter intended to request that the Governor's office maintain the redacted reports under seal for this proceeding. The Response Team has taken appropriate precautions regarding release of the CMS reports to protect the identities of complainants and witnesses in the report. We have determined that those individuals have a reasonable expectation of privacy, under Mont. Const. Art. II, Sec. 10, regarding their identities that is not clearly outweighed by the public's right to know, Mont. Const. Art. II, Sec 10.

Best,



**Amanda S. Webster**
*Chief Legal Counsel*
**Montana Public Service Commission**
📞 406.444.6188 | Main line 406.444.6199
✉ amanda.webster@mt.gov  🌐 http://psc.mt.gov/

---

**From:** Matthew Monforton <matthewmonforton@yahoo.com>
**Sent:** Tuesday, May 26, 2026 1:04 PM
**To:** Webster, Amanda <Amanda.Webster@mt.gov>
**Cc:** Amy Christensen <amy@cplawmt.com>; Petersen, Jamey <Jamey.Petersen@mt.gov>
**Subject:** Re: [EXTERNAL] Re: PSC Response Team Letter to the Governor

Ms. Webster:

The redacted CMS reports you claim were sent via certified mail on Thursday morning were not in today's delivery. They are not in our possession.

The June 5 deadline the Governor's office has imposed on Commissioner Molnar leaves no room for postal delays. Your decision to withhold unredacted copies of reports that are being used to suspend your client's political opponent is legally indefensible. Your failure to transmit even the *redacted* copies electronically — despite knowing the deadline — is inexcusable.

If we do not receive at least the redacted copies electronically or in hard copy by **4:00 p.m. today**, we will seek an extension from the Governor's office and will make clear to them why that extension is necessary.

Separately, Commissioner Welborn's May 21 letter to the Governor states that the CMS reports are "under seal." Please answer the following three questions: (1) Who placed these reports under seal? (2) By what legal authority? (3) What legal authority permits sealing these particular redacted documents in the first place?

We look forward to prompt responses to both matters

Thank you,

Matthew G. Monforton, Esq.
CA State Bar #175518, MT State Bar #5245
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Facsimile:   (406) 551-6919

*This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.*

On Friday, May 22, 2026 at 04:08:48 PM MDT, Webster, Amanda <amanda.webster@mt.gov> wrote:

Mr. Monforton:

Hard copies of the two redacted CMS reports were sent to your office via certified mail yesterday morning. You will receive the exact same documents in the mail that were provided to the Governor's office.

I understand that you want unredacted copies of the reports. We can look into that and get you a response by Wednesday (5/27) next week. I'm sure we can accommodate a timeline to give your client a full and appropriately informed opportunity to respond.

If the Governor's office has any requested procedure for providing confidential documents under seal or pursuant to a protective order, that would also be helpful to know.

Have a good Memorial Day weekend,



**Amanda S. Webster**
*Chief Legal Counsel*
**Montana Public Service Commission**
📞 406.444.6188 | Main line 406.444.6199
✉ amanda.webster@mt.gov  🌐 http://psc.mt.gov/

---

**From:** Matthew Monforton <matthewmonforton@yahoo.com>
**Sent:** Friday, May 22, 2026 8:01 AM
**To:** Webster, Amanda <Amanda.Webster@mt.gov>
**Cc:** Milanovich, Anita <Anita.Milanovich@mt.gov>; Amy Christensen <amy@cplawmt.com>
**Subject:** [EXTERNAL] Re: PSC Response Team Letter to the Governor

Ms. Webster:
The PSC's May 21 complaint to the Governor requests his suspension of Commissioner Molnar and relies in part on two confidential CMS investigative reports — 64 pages and 48 pages respectively — that have been provided to the Governor but not to Commissioner Molnar or his counsel.
Commissioner Molnar is the subject of this complaint. He cannot respond meaningfully to the Governor — and the Governor cannot fairly evaluate the complaint — without Commissioner Molnar having access to the

evidence being used against him. Basic due process requires no less. The Montana Supreme Court has long held that suspension or removal of a public official requires that the officer be given notice of the specific charges and an opportunity to respond to them. *State ex rel. Holt v. District Court*, 103 Mont. 438, 63 P.2d 1026, 1028 (1936). That right is hollow if the official is denied access to the investigative record on which the charges rest. Please provide us with complete, unredacted copies of both CMS reports by close of business today. If you decline to do so, please state your legal basis for withholding them.

Thank you,
**Matthew G. Monforton, Esq.**
**CA State Bar #175518, MT State Bar #5245**
**Monforton Law Offices, PLLC**
**32 Kelly Court**
**Bozeman, Montana 59718**
**Telephone: (406) 570-2949**
**Facsimile:   (406) 551-6919**

*This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.*

On Thursday, May 21, 2026 at 10:29:29 AM MDT, Webster, Amanda <amanda.webster@mt.gov> wrote:

Good morning,

Please see the attached letter just delivered to the Governor's office.

Please reach out if there's anything more I can provide.

Best,



**Amanda S. Webster**
*Chief Legal Counsel*
**Montana Public Service Commission**
📞 406.444.6188 | Main line 406.444.6199
✉ amanda.webster@mt.gov  🌐 http://psc.mt.gov/