Natasha Prinzing Jones
Thomas J. Leonard
BOONE KARLBERG P.C.
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406) 543-6646
npjones@boonekarlberg.com
tleonard@boonekarlberg.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## HELENA DIVISION

|  |  |
|---|---|
| BRAD MOLNAR,<br><br>   Plaintiff,<br><br>vs.<br><br>JEFF WELBORN, in his official capacity as a member of the Montana Public Service Commission; JENNIFER FIELDER; in her official capacity as a member of the Montana Public Service Commission; ANNIE BUKACEK, in her official capacity as a member of the Montana Public Service Commission;<br><br>   Defendants. | Cause No. CV-26-41-H-DWM<br><br><br><br>**SECOND DECLARATION OF JAMEY PETERSEN** |

JAMEY PETERSEN hereby declares, pursuant to 28 U.S.C. § 1746:

1. I have personal knowledge of the matters addressed herein and am competent to testify regarding the same.

2. I am the Executive Director of the Montana's Public Service Commission ("PSC").

1

3.    Tina Limesand contacted me on the evening of June 15, 2026.

4.    She asked why she was named in court documents and advised that she has not waived her right to privacy.

5.    The PSC maintains the confidentiality of employees' personnel files, including Limesand's.

6.    Personnel information is only provided to commissioners on an as-needed basis, is marked "confidential," and is only discussed in closed-session PSC meetings.

7.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correction.

DATED this 16th day of June, 2026.

JAMEY PETERSEN

2