## Appendix A - Timeline

| DATE | EVENT | CITE |
|------|-------|------|
| 2007 | Molnar votes against NorthWestern Energy buyout by Babcock & Brown | Doc. 12-9 at 1<br>Doc. 1 ¶ 15 |
| 2021 | Commission launches intensive strategic plan "to improve operations, performance, culture, and public reputation" | Doc. 12-22 at 8 |
| Aug. 2022 | Commission adopts Strategic Plan | Doc. 12-22 at 8 |
| Nov. 2022 | Bukacek elected to Commission | Doc. 34-3 ¶ 3 |
| 2024 | Commission promulgates Internal Policy Manual, including Code of Conduct | Doc. 12-8 at 1<br>Doc. 12-8 at 4-16<br>Doc. 12-22 at 9 |
| Nov. 2024 | Molnar elected to Commission | Doc. 1 ¶ 17<br>Doc. 12 ¶ 6 |
| 11/14/2024 | Commissioner-elect training on IPM, including Code of Conduct | Doc. 12-22 at 9 |
| Jan. 2025 | Molnar chose as President | Doc. 1 ¶ 18<br>Doc. 12 ¶ 8<br>Doc. 34-1 ¶ 7 |
| Feb. 2025 | Fielder began receiving informal complaints | Doc. 34-1 ¶ 8<br>Doc. 12-22 at 10 |
| 02/19/2025 | Bukacek overhears inappropriate comments – suggestion for "topless Tuesdays" and same day he made comment in office about watching girls in bikinis | Doc. 34-3 ¶¶ 7-8, 10 |
| 02/21/2025 | Fielder met with Molnar to address inappropriate comments | Doc. 34-1 ¶ 9 |
| 03/24/2025 | Executive Director Lake started | Doc. 34-2 ¶ 2 |
| 03/25/2025 | Fielder met with Lake to discuss complaints | Doc. 34-1 ¶ 10<br>Doc. 34-2 ¶ 12 |
| 03/27/2025 | Fielder provided Chief Legal Counsel with written summary re complaints | Doc. 34-1 ¶ 11 |
| 03/11/2025 | Bukacek alleges Molnar misrepresented a conversation they had re matters before Commission | Doc. 34-3 ¶ 15 |
| 04/09/2025 | Fielder and Chief Legal Counsel met with Molnar to discuss – he refused to sign Internal Policy Man | Doc. 34-1 ¶ 12-15 |
| 04/30/2025 | Molnar dismissed Bukacek during discussion regarding veto request | Doc. 34-3 ¶ 16 |
| May 2025 | Two formal complaints re workplace conduct filed against Molnar (May 11 and 20) | Doc. 18-1 at 4<br>Doc. 34-1 ¶ 18 |

Page 1 of 5

**Appendix A - Timeline**

|  |  |  |
|---|---|---|
|  |  | Doc. 34-3 ¶ 6 |
| May 2025 | NorthWestern Energy issued unilateral rate hike w/o Commission approval | Doc. 12 ¶ 14 |
| 05/23/2025 | MT Free Press article re rate hike | Doc. 12-2 |
| 05/27/2025 | Lake sent email to Molnar and Fielder based on concern re Molnar's press statements | Doc. 12-3 Doc. 12 ¶ 15 |
| 06/06/2025 | Daily Montanan article re rate hike | Doc. 12-4 |
| 06/06/2025 | Chief Legal Counsel hires CMS | Doc. 18-1 at 4 |
| 06/19/2025 | Molnar informed by Lake of independent investigation | Doc. 34-2 ¶ 20 |
| 06/19/2025 | Bukacek witnesses Molnar leer at a woman | Doc. 34-3 ¶ 11 |
| 06/20/2025 | Molnar told in conversation with Response Team chair that he could participate in investigation | Doc. 12-22 at 6 |
| 06/24/2025 | Molnar makes threatening comments to Lake re complainants | Doc. 34-2 ¶ 22-26 |
| 06/24/2025 | Bukacek informs staff she will be present at Building less because of fear of Molnar | Doc. 34-3 ¶ 12 |
| 06/26/2025 | Molnar tells Lake that he does not trust agency personnel and Response Team does not have authority to instigate independent investigation | Doc. 34-2 ¶ 32-33 |
| 07/02/2025 | Third formal complaint re workplace conduct | Doc. 18-1 at 4 Doc. 34-1 ¶ 28 |
| July 2025 | Molnar became enraged at meeting, threw his cup against wall, stormed out, slammed door | Doc. 34-2 ¶ 50 |
| 07/22/2025 | Commission voted to allow private meetings b/w staff and utilities | Doc. 12 ¶ 18 Doc. 12-9 at 1 |
| 07/24/2025 | Lake documented concern that Molnar was retaliating and using public meetings to undermine staff | Doc. 34-2 ¶ 43 |
| 07/29/2025 | Molnar invited to interview this day, declined | Doc. 12-22 at 6 |
| 07/29/2025 | Molnar holds press conference challenging legitimacy of investigation | Doc. 34-2 ¶ 38 Doc. 12 ¶ 22-23 |
| 07/30/2025 | Daily Montanan article re investigation | Doc. 12-5 |
| Aug 2025 | CMS Investigation Report completed but not disclosed to Molnar or public | Doc. 18-1 |
| 08/01/2025 | Molnar's counsel sends Commission letter indicating he will not participate in investigation because he disagrees with authority | Doc. 12-22 at 6 |
| 08/01/2025 | Fielder sends Molnar a letter re retaliation | Doc. 12-6 |

## Appendix A - Timeline

| | | Doc. 12 ¶ 25 |
|---|---|---|
| 08/10/2025 | Molnar sends Lake email accusing her of interfering in financial matters | Doc. 34-2 ¶ 46 |
| 08/11/2025 | Molnar moves offices to one right by Lake | Doc. 34-2 ¶ 51 |
| 08/12/2025 | CMS issued Summary of Investigation Report | Doc. 1-1<br>Doc. 34-1 ¶ 38 |
| 08/15/2025 | Response Team meeting re Report – decision made to ask Governor to suspend Molnar | Doc. 12-22 at 12<br>Doc. 34-1 ¶ 41 |
| 08/19/2025 | NorthWestern Energy announces merger | Doc. 12 ¶ 27 |
| 08/19/2025 | Lake sends email to Commissions instructing them to direct inquiries to media team | Doc. 12-7<br>Doc. 12 ¶ 28 |
| 08/20/2025 | Fielder submits complaint to Governor | Doc. 12-8<br>Doc. 34-1 ¶ 42 |
| 08/25/2025 | Molnar submits response to Governor and makes both complaint and response public | Doc. 12-9<br>Doc. 12 ¶ 32 |
| 08/27/2025 | Bukacek sent email to all Commission personnel denouncing dissemination of Fielder's complaint | Doc. 12-10<br>Doc. 12 ¶ 34 |
| 08/29/2025 | Molnar appeared on Voices of MT radio show to discuss investigation and accuses Lake of "saving up" complaints | Doc. 34-2 ¶ 42<br>Doc. 12 ¶ 36 |
| 09/03/2025 | Lake overhears Molnar ask over phone if he could hold Commission management individually financially liable for investigation | Doc. 34-2 ¶ 66 |
| 09/03/2025 | Molnar unsuccessfully moved Commission to rescind the request for his suspension | Doc. 12-18 at 2<br>Doc. 12-22 at 13 |
| 09/04/2025 | Molnar sues in state court to stop suspension, and court issues TRO | Doc. 34-1 ¶ 47<br>Doc. 12-22 at 13 |
| 09/16/2025 | State court hearing | Doc. 12-18 at 2 |
| 09/18/2025 | Molnar identifies Lake to Butte reporter as person with most contact with NorthWestern | Doc. 12-11 at 5<br>Doc. 12 ¶ 37 |
| 09/22/2025 | Lake emails Molnar indicating that the Butte article is an "example of the retaliation" | Doc. 12-11 at 2<br>Doc. 12 ¶ 38 |
| 10/10/2025 | Judge Menahan denies Molnar's request for preliminary injunction | Doc. 34-6 |
| 10/21/2025 | Commission votes to remove Molnar as President (3-2) | Doc. 34-1 ¶ 50<br>Doc. 12 ¶ 39 |
| 10/22/2025 | Molnar asks Governor to dismiss complaint as moot because he was removed as President | Doc. 1-4<br>Doc. 12-18 at 2 |

## Appendix A - Timeline

| | | |
|---|---|---|
| 10/23/2025 | Molnar again invited to interview as part of investigation | Doc. 12-22 at 6 |
| 10/24/2025 | Cat Holley files complaint against Bukacek with MT Board of Medical Examiners, naming Molnar and Pinocci as potential witnesses | Doc. 12-22 at 18 Doc. 34-3 ¶ 18 Doc. 12 ¶ 42 |
| 10/28/2025 | Welborn chosen as President | Doc. 34-1 ¶ 51 |
| 10/29 or 10/30 | Molnar files ethics complaint with COPP re Bukacek | Doc. 12-12 Doc. 34-1 ¶ 52 Doc. 34-3 ¶ 20 Doc. 12 ¶ 40 |
| 10/30/2025 | Response Team received another formal complaint against Molnar | Doc. 34-1 ¶ 56 Doc. 12-22 at 18 |
| 10/31/2025 | Molnar gives multiple press statements about the complaint against Bukacek | Doc. 12 ¶ 43 |
| 10/31/2025 | Daily Montanan article re Bukacek complaint | Doc. 12-13 |
| 11/7/2025 | Welborn issues memo re unapproved communications with press | Doc. 12-14 Doc. 12 ¶ 44 |
| 11/5/2025 | Molnar again invited to speak to CMS | Doc. 12-22 at 7 |
| 11/10/2025 | Molnar again declined to participate | Doc. 12-22 at 7 |
| 11/11/2025 | Molnar issues press release denouncing Welborn's memo | Doc. 12-15 Doc. 12 ¶ 45 |
| Nov. 2025 | CMS Retaliation Report completed but not disclosed to public or Molnar | Doc. 18-2 |
| 12/3/2025 | Governor requests update on investigation | Doc. 12-16 Doc. 12 ¶ 46 |
| 12/3/2025 | Commission on Political Practices rejected complaint against Bukacek | Doc. 12-22 at 19 |
| 12/9/2025 | Fielder responds with update | Doc. 12-17 Doc. 12 ¶ 47 |
| 12/16/2025 | Executive Summary of CMS Retaliation Report released | Doc. 1-8 |
| 12/16/2025 | Bukacek witnesses Molnar touch a woman during a fire drill in what she perceived to be a "defiling, degrading and oppressive" manner | Doc. 34-3 ¶ 13 |
| 12/26/2025 | Governor denied suspension request | Doc. 12-18 Doc. 34-1 ¶ 59 Doc. 12 ¶ 48 |
| 01/13/2026 | Molnar speaks to Daily Montanan reporter about Pinocci's "stolen vote" | Doc. 12-19 Doc. 12 ¶ 49 |

## Appendix A - Timeline

| | | |
|---|---|---|
| 01/14/2026 | Executive Director Petersen sends email to all Commission personnel directing that all media inquiries go through communications coordinator and Bukacek responds with email thank you | Doc. 12-20<br>Doc. 12-21<br>Doc. 12 ¶ 50 |
| 03/20/2026 | Board of Medical Examiners dismisses complaint against Bukacek | Doc. 34-3 ¶ 19 |
| 03/20/2026 | Molnar interviewed by Billings TV KTVQ – criticizes Defendants for not allowing enough time to review documents related to merger | Doc. 12 ¶ 52 |
| 04/13/2026 | Molnar appears on KTVQ again, discussing data centers | Doc. 12 ¶ 53 |
| 04/28/2026 | Molnar received advance notice of tentative Commission action schedule for 5/6/26 | Doc. 12-22 at 6 |
| 05/01/2026 | Response Team report issued, Molnar receives copy [7 reports of misconduct = three from May to June 2025, three from September to October 2025, and a seventh on October 30, 2025] | Doc. 12-22<br>Doc. 12-22 at 6<br>Doc. 12 ¶ 54 |
| 05/06/2026 | Commission adopted Response Team Report | Doc. 12-23<br>Doc. 12-24<br>Doc. 34-1 ¶ 61<br>Doc. 34-9 ¶ 4 |
| 05/11/2026 | Molnar files suit and Court enters TRO permitting him to attend hearings | Doc. 1<br>Doc. 9<br>Doc. 12 ¶ 59 |
| 05/11/2026 | Welborn sends Molnar email re the conditions of his physical attendance at hearings | Doc. 12-25<br>Doc. 12 ¶ 60-62 |
| 05/12-15/2026 | NorthWestern merger hearings | Doc. 34-1 ¶ 64 |
| 05/21/2026 | Second request to suspend Molnar sent to Governor | Doc. 12-26<br>Doc. 34-1 ¶ 63 |
| 05/26/2026 | Redacted copies of CMS reports provided to Molnar for first time | Doc. 12 ¶ 57 |
| 06/05/2026 | Date by which Molnar to respond to 2d suspension request | Doc. 12-27<br>Doc. 12 ¶ 71 |