Matthew G. Monforton, Montana Bar # 5245
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Email: matthewmonforton@yahoo.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| BRAD MOLNAR,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JEFF WELBORN, in his official capacity as a member of the Montana Public Service Commission; JENNIFER FIELDER; in her official capacity as a member of the Montana Public Service Commission; ANNIE BUKACEK, in her official capacity as a member of the Montana Public Service Commission;<br><br>                    Defendants. | Case No. CV 26-41-H-DWM<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE UNREDACTED CMS REPORTS UNDER SEAL IN RELATED STATE COURT PROCEEDING** |

Plaintiff Brad Molnar respectfully moves for leave to file, under seal, the unredacted Communications and Management Services ("CMS") investigative reports in the related action pending in the Montana First Judicial District Court, Lewis and Clark County, *Brad Molnar v. Montana Public Service Commission, et al.*, Cause No. ADV-25-2026-0475. Defendants do not oppose the relief requested.

On June 16, 2026, this Court granted in part Plaintiff's Motion to Unseal and Defendants' Motion for Protective Order. Doc. 38. The Court ordered Defendants to produce the unredacted CMS reports to Plaintiff's counsel while further ordering that those reports not be "released to the public or otherwise disseminated by Molnar, his attorney, or any other individual or entity" and that any document containing identifying information from those reports be filed under seal. Doc. 38 at 4.

Plaintiff does not seek reconsideration or modification of that Order. Nor does Plaintiff seek public disclosure of the unredacted reports. Rather, Plaintiff seeks only leave to file those reports under seal in a closely related state-court proceeding arising from the same underlying disciplinary proceedings and governmental actions that are at issue in this action.

Plaintiff commenced the related state-court action on July 7, 2026, asserting claims for prospective injunctive relief under the Montana Constitution and Montana law arising from the same disciplinary proceedings challenged in this case. Two days later, on July 9, 2026, Governor Greg Gianforte suspended Commissioner Molnar pursuant to Mont. Code Ann. § 69-1-113 after expressly relying upon the same CMS investigative reports and disciplinary record that are the subject of this Court's June 16 Order. Plaintiff intends to supplement the state-

court complaint to challenge the Governor's suspension and seek corresponding injunctive relief.

Although Plaintiff's state-law claims could be pleaded in federal court, *Pennhurst State School & Hospital v. Halderman*, 465 U.S. 89, 124-25 (1984), precludes a federal court from granting prospective injunctive relief directing Montana officials to comply with Montana law. Accordingly, the related state action provides the appropriate forum for obtaining that relief.

Plaintiff has filed only the publicly available redacted versions of the CMS reports in the state proceeding. Plaintiff now seeks leave to file the unredacted reports under seal pursuant to M. R. Civ. P Rule 5.2(e) so that the state court may consider the complete evidentiary record while preserving the confidentiality protections imposed by this Court. Granting this motion will not result in any additional public disclosure of the reports or of the identifying information this Court has determined should remain protected. Instead, it will simply permit another court adjudicating closely related claims arising from the same underlying events to review the complete reports under seal under confidentiality protections substantially equivalent to those imposed by this Court.

Because the requested relief preserves the confidentiality protections established by this Court's June 16, 2026 Order, because it is necessary to permit the state court to consider the complete evidentiary record in a closely related

proceeding, and because Defendants do not oppose the requested relief, Plaintiff

respectfully requests that the Court grant him leave to file the unredacted CMS

reports under seal in *Brad Molnar v. Montana Public Service Commission, et al.*,

Cause No. ADV-25-2026-0475, pending in the Montana First Judicial District

Court, Lewis and Clark County, Montana.


DATED: July 10, 2026                    Respectfully submitted,

                                        /s/ Matthew G. Monforton
                                        Matthew G. Monforton
                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 10th day of July, 2026, that a copy of the foregoing will be delivered this day via the Court's ECF system to Defendants.

DATED: July 10, 2026

Respectfully submitted,

MONFORTON LAW OFFICES, PLLC

/s/ Matthew G. Monforton
Matthew G. Monforton
Attorney for Plaintiff