**UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| BRAD MOLNAR,<br><br>               Plaintiff,<br>   vs.<br><br>JEFF WELBORN, in his official capacity as a member of the Montana Public Service Commission; JENNIFER FIELDER; in her official capacity as a member of the Montana Public Service Commission; ANNIE BUKACEK, in her official capacity as a member of the Montana Public Service Commission;<br><br>               Defendants. | Case No. CV 26-41-H-DWM<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE UNREDACTED CMS REPORTS UNDER SEAL IN RELATED STATE COURT PROCEEDING** |

Before the Court is Plaintiff's Unopposed Motion for Leave to File Unredacted CMS Reports Under Seal in Related State Court Proceeding. Having considered the motion, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED.**

Plaintiff is granted leave to file, under seal, the unredacted Communications and Management Services ("CMS") investigative reports in *Brad Molnar v. Montana Public Service Commission, et al*., Cause No. ADV-25-2026-0475,

pending in the Montana First Judicial District Court, Lewis and Clark County, Montana. Except as necessary to permit their filing and use under seal in that proceeding, the unredacted CMS reports shall remain subject to the confidentiality restrictions imposed by this Court's Order entered June 16, 2026 (Doc. 38).

DATED this _____ day of July, 2026.

_____
Hon. Donald W. Molloy, District Judge
United States District Court