IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BRAD MOLNAR,<br><br>Plaintiff,<br><br>vs.<br><br>JEFF WELBORN, et al.,<br><br>Defendants. | CV 26–41–H–DWM<br><br>ORDER |

Plaintiff Brad Molnar having moved unopposed to dismiss this matter without prejudice,

IT IS ORDERED that the motion (Doc. 54) is GRANTED. This matter is DISMISSED WITHOUT PREJUDICE, each party to bear their own costs.

IT IS FURTHER ORDERED that the September 3, 2026 preliminary pretrial conference is VACATED.

DATED this 31st day of August, 2026.

Donald W. Molloy, District Judge
United States District Court